IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| JOSHUA KITCHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 622-020 |
| | ) |
| KENNETH MANTLE; DIRECTOR OF | ) |
| OFFICE OF PROFESSIONAL | ) |
| STANDARDS; SERGEANT JULIE | ) |
| MULLINS; and JACQUELINE PEAK, | ) |
| | ) |
| Defendants. | ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, incarcerated at Rogers State Prison in Reidsville, Georgia, attempted to join a fellow inmate in bringing one lawsuit against Defendants. See McKinney et al. v. Mantle, CV 622-004 (S.D. Ga. Jan. 25, 2022). The Court dismissed Plaintiff Kitchens and all claims asserted on his behalf without prejudice and directed the Clerk of Court to file the above-captioned lawsuit. Id., doc. no. 36-1. The Court further directed Plaintiff Kitchens to submit a new complaint limited in scope to only those claims and Defendants relevant to him, as well as his own motion to proceed *in forma pauperis* ("IFP") or full filing fee within twenty-one days of the Clerk opening a new lawsuit in his name. Id. The Clerk of Court opened the above-captioned case on March 1, 2022, and sent Plaintiff the requisite complaint and IFP forms, as well as the Court's Order informing Plaintiff of the twenty-one-day deadline for returning the paperwork. (Doc. nos. 1, 2.) Further, the Court cautioned Plaintiff that failing

to timely submit the required documents would result in dismissal of his new case.  (Doc. no. 2, p. 2.)  The time to respond has passed, and Plaintiff has not submitted a new complaint, an IFP motion, or the filing fee.  Nor has he provided the Court with any explanation why he has not complied.

I.      DISCUSSION

A district court has authority to manage its docket to expeditiously resolve cases, and this authority includes the power to dismiss a case for failure to prosecute or failure to comply with a court order.  Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (citing Fed. R. Civ. P. 41(b)); see also Eades v. Ala. Dep't of Human Res., 298 F. App'x 862, 863 (11th Cir. 2008) (*per curiam*) ("District courts possess the ability to dismiss a case . . . for want of prosecution based on two possible sources of authority:  Fed. R. Civ. P. 41(b) or their inherent authority to manage their dockets.").  Moreover, the Local Rules of the Southern District of Georgia dictate that an "assigned Judge may, after notice to counsel of record, *sua sponte* . . . dismiss any action for want of prosecution, with or without prejudice . . . [for] [w]illful disobedience or neglect of any order of the Court; or [a]ny other failure to prosecute a civil action with reasonable promptness."  Loc. R. 41.1 (b) & (c).  Finally, dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a plaintiff has failed to comply with a court order, "especially where the litigant has been forewarned."  Owens v. Pinellas Cnty. Sheriff's Dep't, 331 F. App'x 654, 655 (11th Cir. 2009) (*per curiam*) (citing Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989)).

Here, Plaintiff's failure to submit a new complaint, an IFP motion, or the filing fee, or even to provide the Court with an explanation for his failure to comply with the Court's

Order, amounts not only to a failure to prosecute, but also an abandonment of this case. This is precisely the type of neglect contemplated by the Local Rules. Furthermore, because the original case in CV 622-004 was filed IFP, and Plaintiff never submitted a filing fee in this case, the Court finds that the imposition of monetary sanctions is not a feasible sanction. The Court also specifically cautioned Plaintiff that failing to submit the required paperwork would result in dismissal of his case. In sum, the time to respond has passed, and Plaintiff has not submitted the requisite new complaint, IFP motion, or filing fee as required. Therefore, Plaintiff's case should be dismissed without prejudice.

## II. CONCLUSION

For the reasons set forth above, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and that this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 29th day of March, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA