IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| JOSHUA KITCHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 622-020 |
| | ) |
| KENNETH MANTLE; DIRECTOR OF OFFICE OF PROFESSIONAL STANDARDS; SERGEANT JULIE MULLINS; and JACQUELINE PEAK, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 28th day of April, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA